MARION v. BANK, *Carter,* for plaintiff; *Holcomb* for de-

fendant. Affirmed on the authority of *Jones v. Buxton,* 131 N. C., 285.